AO 440 (Rev. 03/08) Civil Summons

# UNITED STATES DISTRICT COURT
### for the
### Northern District of California

| | |
|---|---|
| FEDERAL TRADE COMMISSION | ) |
| Plaintiff | ) CV 08   1718 |
| v. | ) Civil Action No. |
| NEXTCLICK MEDIA, LLC, et. al. | ) |
| Defendant | ) |

FILED
08 APR -2 AM 10: 1[?]
RICHARD W. WIEKING
[CLERK], U.S. DISTRICT COURT
N[ORTHERN] DISTRICT OF CALIFORNIA

~~WDB~~
VRW

**Summons in a Civil Action**

To:   ALBERT CHEN
   *(Defendant's name)*

A lawsuit has been filed against you.

   Within  20  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

JANICE L. CHARTER, ATTORNEY
FEDERAL TRADE COMMISSION
901 MARKET STREET, SUITE 570
SAN FRANCISCO, CA 94103

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Richard W. Wieking
~~Name of clerk of court~~
~~HELEN L. ALMACEN~~

Date:   MAR 3 1 2008

*Deputy clerk's signature*

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

| Attorney or Party without Attorney:<br>Janice L. Charter, Esq.<br>FEDERAL TRADE COMMISSION<br>901 Market Street, Suite 570<br>San Francisco, CA 94103<br>Attorney for: Plaintiff | Telephone<br>(415) 848-5100 | |
|---|---|---|
| Name of Court: United States District Court – Northern District of California | | |
| Short Case Title: Federal Trade Commission v. Nextclick Media, LLC., et al | | |
| PROOF OF SERVICE | | Case Number: CV 08 1718 VRW |

1. At the time of service I was at least 18 years of age and not a party to this action, and I served copies of the: SEE ATTACHMENT

2. a. Party Served: Albert Chen
   b. Person Served: Albert Chen

3. I served the person named in item 2b
   a. by personally delivering the copies on:
   (1) DATE: May 31, 2008
   (2) TIME: 4:32pm
   (3) ADDRESS: 303 2nd Street, Suite 375 South
             San Francisco, CA 94107

4. Witness fees were not demanded or paid.

Fee for Service: $30.00

Person Serving: Sean Hanlon

SpinCycle Legal Services
760 Bryant Street, 2nd Floor
San Francisco, CA 94107
(415) 487-0400

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATE: May 31, 2008   Signature: _____

ATTACHMENT TO PROOF OF SERVICE – DOCUMENTS SERVED
United States District Court – Northern District of California
Federal Trade Commission v. Nextclick Media, LLC, et al, Case No. CV 08 1718 VRW

1. SUMMONS IN A CIVIL CASE;
2. COMPLAINT FOR INJUNCTIVE AND OTHER EQUITABLE RELIEF;
3. ECF REGISTRATION INFORMATION HANDOUT;
4. PLAINTIFF'S MOTION FOR A TEMPORARY RESTRAINING ORDER WITH ASSET FREEZE, APPOINTMENT OF RECEIVER, ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT ISSUE, AND OTHER EQUITABLE RELIEF;
5. MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFF'S APPLICATION FOR A TEMPORARY RESTRAINING ORDER, PRELIMINARY INJUNCTION, AND OTHER EQUITABLE RELIEF;
6. EVIDENCE IN SUPPORT OF PLAINTIFF'S APPLICATION FOR A TEMPORARY RESTRAINING ORDER ASSET FREEZE, APPOINTMENT OF RECEIVER, ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT ISSUE, AND OTHER EQUITABLE RELIEF – VOLUME I;
7. EVIDENCE IN SUPPORT OF PLAINTIFF'S APPLICATION FOR A TEMPORARY RESTRAINING ORDER ASSET FREEZE, APPOINTMENT OF RECEIVER, ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT ISSUE, AND OTHER EQUITABLE RELIEF – VOLUME II;
8. [PROPOSED] TEMPORARY RESTRAINING ORDER ASSET FREEZE, APPOINTMENT OF RECEIVER, AND OTHER EQUITABLE RELIEF, AND ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT ISSUE;
9. [PROPOSED] PRELIMINARY INJUNCTION;
10. PLAINTIFF'S RECOMMENDATION FOR TEMPORARY RECEIVER;
11. CONSENT TO RELEASE OF FINANCIAL RECORDS [BLANK];
12. FEDERAL TRADE COMMISSION FINANCIAL STATEMENT OF INDIVIDUAL DEFENDANT [BLANK];
13. FEDERAL TRADE COMMISSION FINANCIAL STATEMENT OF CORPORATE DEFENDANT [BLANK]

| Attorney or Party without Attorney:<br>Janice L. Charter, Esq.<br>FEDERAL TRADE COMMISSION<br>901 Market Street, Suite 570<br>San Francisco, CA  94103<br>Attorney for: Plaintiff | Telephone<br>(415) 848-5100 | |
|---|---|---|
| Name of Court: United States District Court – Northern District of California | | |
| Short Case Title: Federal Trade Commission v. Nextclick Media, LLC., et al | | |
| PROOF OF SERVICE | | Case Number: CV 08 1718 VRW |

1. At the time of service I was at least 18 years of age and not a party to this action, and I served copies of the: ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; ORDER SETING CASE MANAGEMENT CONFERENCE [BLANK]; STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA REGARDING CONTENTS OF JOINT CASE MANAGEMENT STATEMENT; CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE [BLANK]

2. a. Party Served: Albert Chen
   b. Person Served: Aryn Pedowitz, Corporate Counsel, Authorized to Accept Service on Behalf

3. I served the person named in item 2b
   a. by personally delivering the copies on:
   (1) DATE: April 1, 2008
   (2) TIME: 1:50pm
   (3) ADDRESS: 303 2nd Street, Suite 375 South
                San Francisco, CA  94107

4. Witness fees were not demanded or paid.

Fee for Service: $30.00

Person Serving: Damon Votour
Registered California Process Server
County: San Francisco  Registration #: 1034

SpinCycle Legal Services
760 Bryant Street, 2nd Floor
San Francisco, CA  94107
(415) 487-0400

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATE: April 1, 2008 Signature: _____

AO 440 (Rev. 03/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | | |
|---|---|---|
| FEDERAL TRADE COMMISSION | ) | CV 08    1718 |
| Plaintiff | ) | |
| v. | ) | Civil Action No. |
| NEXTCLICK MEDIA, LLC, et. al. | ) | |
| Defendant | ) | |

**Summons in a Civil Action**

To: KENNETH CHAN
   *(Defendant's name)*

A lawsuit has been filed against you.

Within __20__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

JANICE L. CHARTER, ATTORNEY
FEDERAL TRADE COMMISSION
901 MARKET STREET, SUITE 570
SAN FRANCISCO, CA 94103

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Richard W. Wieking
Name of clerk of court

Date: MAR 3 1 2008

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

| Attorney or Party without Attorney:<br>Janice L. Charter, Esq.<br>FEDERAL TRADE COMMISSION<br>901 Market Street, Suite 570<br>San Francisco, CA 94103<br>Attorney for: Plaintiff | Telephone<br>(415) 848-5100 | |
|---|---|---|
| Name of Court: United States District Court – Northern District of California | | |
| Short Case Title: Federal Trade Commission v. Nextclick Media, LLC., et al | | |
| PROOF OF SERVICE | | Case Number: CV 08 1718 VRW |

1. At the time of service I was at least 18 years of age and not a party to this action, and I served copies of the: SEE ATTACHMENT

2. a. Party Served: Kenneth Chan
   b. Person Served: Kenneth Chan

3. I served the person named in item 2b
   a. by personally delivering the copies on:
   (1) DATE: May 31, 2008
   (2) TIME: 4:32pm
   (3) ADDRESS: 303 2nd Street, Suite 375 South
          San Francisco, CA 94107

4. Witness fees were not demanded or paid.

Fee for Service: $30.00

Person Serving: Sean Hanlon

SpinCycle Legal Services
760 Bryant Street, 2nd Floor
San Francisco, CA 94107
(415) 487-0400

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATE: May 31, 2008   Signature: _____

ATTACHMENT TO PROOF OF SERVICE – DOCUMENTS SERVED
United States District Court – Northern District of California
Federal Trade Commission v. Nextclick Media, LLC, et al, Case No. CV 08 1718 VRW

1. SUMMONS IN A CIVIL CASE;
2. COMPLAINT FOR INJUNCTIVE AND OTHER EQUITABLE RELIEF;
3. ECF REGISTRATION INFORMATION HANDOUT;
4. PLAINTIFF'S MOTION FOR A TEMPORARY RESTRAINING ORDER WITH ASSET FREEZE, APPOINTMENT OF RECEIVER, ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT ISSUE, AND OTHER EQUITABLE RELIEF;
5. MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFF'S APPLICATION FOR A TEMPORARY RESTRAINING ORDER, PRELIMINARY INJUNCTION, AND OTHER EQUITABLE RELIEF;
6. EVIDENCE IN SUPPORT OF PLAINTIFF'S APPLICATION FOR A TEMPORARY RESTRAINING ORDER ASSET FREEZE, APPOINTMENT OF RECEIVER, ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT ISSUE, AND OTHER EQUITABLE RELIEF – VOLUME I;
7. EVIDENCE IN SUPPORT OF PLAINTIFF'S APPLICATION FOR A TEMPORARY RESTRAINING ORDER ASSET FREEZE, APPOINTMENT OF RECEIVER, ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT ISSUE, AND OTHER EQUITABLE RELIEF – VOLUME II;
8. [PROPOSED] TEMPORARY RESTRAINING ORDER ASSET FREEZE, APPOINTMENT OF RECEIVER, AND OTHER EQUITABLE RELIEF, AND ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT ISSUE;
9. [PROPOSED] PRELIMINARY INJUNCTION;
10. PLAINTIFF'S RECOMMENDATION FOR TEMPORARY RECEIVER;
11. CONSENT TO RELEASE OF FINANCIAL RECORDS [BLANK];
12. FEDERAL TRADE COMMISSION FINANCIAL STATEMENT OF INDIVIDUAL DEFENDANT [BLANK];
13. FEDERAL TRADE COMMISSION FINANCIAL STATEMENT OF CORPORATE DEFENDANT [BLANK]

| Attorney or Party without Attorney:<br>Janice L. Charter, Esq.<br>FEDERAL TRADE COMMISSION<br>901 Market Street, Suite 570<br>San Francisco, CA 94103<br>Attorney for: Plaintiff | Telephone<br>(415) 848-5100 | |
|---|---|---|
| Name of Court: United States District Court – Northern District of California | | |
| Short Case Title: Federal Trade Commission v. Nextclick Media, LLC., et al | | |
| PROOF OF SERVICE | | Case Number: CV 08 1718 VRW |

1. At the time of service I was at least 18 years of age and not a party to this action, and I served copies of the: ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; ORDER SETING CASE MANAGEMENT CONFERENCE [BLANK]; STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA REGARDING CONTENTS OF JOINT CASE MANAGEMENT STATEMENT; CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE [BLANK]

2. a. Party Served: Kenneth Chan
   b. Person Served: Aryn Pedowitz, Corporate Counsel, Authorized to Accept Service on Behalf

3. I served the person named in item 2b
   a. by personally delivering the copies on:
   (1) DATE: April 1, 2008
   (2) TIME: 1:50pm
   (3) ADDRESS: 303 2nd Street, Suite 375 South
         San Francisco, CA 94107

4. Witness fees were not demanded or paid.

Fee for Service: $30.00

Person Serving: Damon Votour
Registered California Process Server
County: San Francisco  Registration #: 1034

SpinCycle Legal Services
760 Bryant Street, 2nd Floor
San Francisco, CA 94107
(415) 487-0400

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATE: April 1, 2008 Signature: _[signature]_

AO 440 (Rev. 03/08) Civil Summons

E-filing FILED

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| FEDERAL TRADE COMMISSION | ) | CV 08      1718 |
|---|---|---|
| Plaintiff | ) | |
| v. | ) | Civil Action No. |
| NEXTCLICK MEDIA, LLC, et. al. | ) | ~~WDB~~ |
| Defendant | ) | VRW |

**Summons in a Civil Action**

To:   NEXT INTERNET, LLC
         *(Defendant's name)*

A lawsuit has been filed against you.

Within __20__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

JANICE L. CHARTER, ATTORNEY
FEDERAL TRADE COMMISSION
901 MARKET STREET, SUITE 570
SAN FRANCISCO, CA 94103

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: **MAR 3 1 2008**

Richard W. Wieking
Name of clerk of court

*Deputy clerk's signature*

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

| Attorney or Party without Attorney:<br>Janice L. Charter, Esq.<br>FEDERAL TRADE COMMISSION<br>901 Market Street, Suite 570<br>San Francisco, CA 94103<br>Attorney for: Plaintiff | Telephone<br>(415) 848-5100 | |
|---|---|---|
| Name of Court: United States District Court – Northern District of California | | |
| Short Case Title: Federal Trade Commission v. Nextclick Media, LLC., et al | | |
| PROOF OF SERVICE | | Case Number: CV 08 1718 VRW |

1. At the time of service I was at least 18 years of age and not a party to this action, and I served copies of the: SEE ATTACHMENT

2. a. Party Served: Next Internet, LLC
   b. Person Served: Aryn Pedowitz, Corporate Counsel, Authorized to Accept Service on Behalf

3. I served the person named in item 2b
   a. by personally delivering the copies on:
   (1) DATE: May 31, 2008
   (2) TIME: 4:32pm
   (3) ADDRESS: 303 2nd Street, Suite 375 South
         San Francisco, CA 94107

4. Witness fees were not demanded or paid.

Fee for Service: $30.00

Person Serving: Sean Hanlon

SpinCycle Legal Services
760 Bryant Street, 2nd Floor
San Francisco, CA 94107
(415) 487-0400

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATE: May 31, 2008  Signature: _____

ATTACHMENT TO PROOF OF SERVICE – DOCUMENTS SERVED
United States District Court – Northern District of California
Federal Trade Commission v. Nextclick Media, LLC, et al, Case No. CV 08 1718 VRW

1. SUMMONS IN A CIVIL CASE;
2. COMPLAINT FOR INJUNCTIVE AND OTHER EQUITABLE RELIEF;
3. ECF REGISTRATION INFORMATION HANDOUT;
4. PLAINTIFF'S MOTION FOR A TEMPORARY RESTRAINING ORDER WITH ASSET FREEZE, APPOINTMENT OF RECEIVER, ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT ISSUE, AND OTHER EQUITABLE RELIEF;
5. MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFF'S APPLICATION FOR A TEMPORARY RESTRAINING ORDER, PRELIMINARY INJUNCTION, AND OTHER EQUITABLE RELIEF;
6. EVIDENCE IN SUPPORT OF PLAINTIFF'S APPLICATION FOR A TEMPORARY RESTRAINING ORDER ASSET FREEZE, APPOINTMENT OF RECEIVER, ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT ISSUE, AND OTHER EQUITABLE RELIEF – VOLUME I;
7. EVIDENCE IN SUPPORT OF PLAINTIFF'S APPLICATION FOR A TEMPORARY RESTRAINING ORDER ASSET FREEZE, APPOINTMENT OF RECEIVER, ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT ISSUE, AND OTHER EQUITABLE RELIEF – VOLUME II;
8. [PROPOSED] TEMPORARY RESTRAINING ORDER ASSET FREEZE, APPOINTMENT OF RECEIVER, AND OTHER EQUITABLE RELIEF, AND ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT ISSUE;
9. [PROPOSED] PRELIMINARY INJUNCTION;
10. PLAINTIFF'S RECOMMENDATION FOR TEMPORARY RECEIVER;
11. CONSENT TO RELEASE OF FINANCIAL RECORDS [BLANK];
12. FEDERAL TRADE COMMISSION FINANCIAL STATEMENT OF INDIVIDUAL DEFENDANT [BLANK];
13. FEDERAL TRADE COMMISSION FINANCIAL STATEMENT OF CORPORATE DEFENDANT [BLANK]

| Attorney or Party without Attorney:<br>Janice L. Charter, Esq.<br>FEDERAL TRADE COMMISSION<br>901 Market Street, Suite 570<br>San Francisco, CA 94103<br>Attorney for: Plaintiff | Telephone<br>(415) 848-5100 | |
|---|---|---|
| Name of Court: United States District Court – Northern District of California | | |
| Short Case Title: Federal Trade Commission v. Nextclick Media, LLC., et al | | |
| PROOF OF SERVICE | | Case Number: CV 08 1718 VRW |

1. At the time of service I was at least 18 years of age and not a party to this action, and I served copies of the: ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; ORDER SETING CASE MANAGEMENT CONFERENCE [BLANK]; STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA REGARDING CONTENTS OF JOINT CASE MANAGEMENT STATEMENT; CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE [BLANK]

2. a. Party Served: Next Internet, LLC
   b. Person Served: Aryn Pedowitz, Corporate Counsel, Authorized to Accept Service on Behalf

3. I served the person named in item 2b
   a. by personally delivering the copies on:
   (1) DATE: April 1, 2008
   (2) TIME: 1:50pm
   (3) ADDRESS: 303 2nd Street, Suite 375 South
         San Francisco, CA 94107

4. Witness fees were not demanded or paid.

Fee for Service: $30.00

Person Serving: Damon Votour
Registered California Process Server
County: San Francisco Registration #: 1034

SpinCycle Legal Services
760 Bryant Street, 2nd Floor
San Francisco, CA 94107
(415) 487-0400

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATE: April 1, 2008 Signature: _____

AO 440 (Rev. 03/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| FEDERAL TRADE COMMISSION | ) | CV 08  1718 |
|---|---|---|
| Plaintiff | ) | |
| v. | ) | Civil Action No. |
| NEXTCLICK MEDIA, LLC, et. al. | ) | ~~WDB~~ |
| Defendant | ) | VRW |

**Summons in a Civil Action**

To:   NEXTCLICK MEDIA, LLC
           *(Defendant's name)*

A lawsuit has been filed against you.

    Within __20__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

JANICE L. CHARTER, ATTORNEY
FEDERAL TRADE COMMISSION
901 MARKET STREET, SUITE 570
SAN FRANCISCO, CA 94103

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:  MAR 3 1 2008

Richard W. Wieking
Name of clerk of court

*Deputy clerk's signature*

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

| Attorney or Party without Attorney:<br>Janice L. Charter, Esq.<br>FEDERAL TRADE COMMISSION<br>901 Market Street, Suite 570<br>San Francisco, CA 94103<br>Attorney for: Plaintiff | Telephone<br>(415) 848-5100 | |
|---|---|---|
| Name of Court: United States District Court – Northern District of California | | |
| Short Case Title: Federal Trade Commission v. Nextclick Media, LLC., et al | | |
| PROOF OF SERVICE | | Case Number: CV 08 1718 VRW |

1. At the time of service I was at least 18 years of age and not a party to this action, and I served copies of the: SEE ATTACHMENT

2. a. Party Served: Nextclick Media, LLC
   b. Person Served: Aryn Pedowitz, Corporate Counsel, Authorized to Accept Service on Behalf

3. I served the person named in item 2b
   a. by personally delivering the copies on:
   (1) DATE: May 31, 2008
   (2) TIME: 4:32pm
   (3) ADDRESS: 303 2nd Street, Suite 375 South
   San Francisco, CA 94107

4. Witness fees were not demanded or paid.

Fee for Service: $50.00

Person Serving: Sean Hanlon

SpinCycle Legal Services
760 Bryant Street, 2nd Floor
San Francisco, CA 94107
(415) 487-0400

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATE: May 31, 2008   Signature: [signature]

ATTACHMENT TO PROOF OF SERVICE – DOCUMENTS SERVED
United States District Court – Northern District of California
Federal Trade Commission v. Nextclick Media, LLC, et al, Case No. CV 08 1718 VRW

1. SUMMONS IN A CIVIL CASE;
2. COMPLAINT FOR INJUNCTIVE AND OTHER EQUITABLE RELIEF;
3. ECF REGISTRATION INFORMATION HANDOUT;
4. PLAINTIFF'S MOTION FOR A TEMPORARY RESTRAINING ORDER WITH ASSET FREEZE, APPOINTMENT OF RECEIVER, ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT ISSUE, AND OTHER EQUITABLE RELIEF;
5. MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFF'S APPLICATION FOR A TEMPORARY RESTRAINING ORDER, PRELIMINARY INJUNCTION, AND OTHER EQUITABLE RELIEF;
6. EVIDENCE IN SUPPORT OF PLAINTIFF'S APPLICATION FOR A TEMPORARY RESTRAINING ORDER ASSET FREEZE, APPOINTMENT OF RECEIVER, ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT ISSUE, AND OTHER EQUITABLE RELIEF – VOLUME I;
7. EVIDENCE IN SUPPORT OF PLAINTIFF'S APPLICATION FOR A TEMPORARY RESTRAINING ORDER ASSET FREEZE, APPOINTMENT OF RECEIVER, ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT ISSUE, AND OTHER EQUITABLE RELIEF – VOLUME II;
8. [PROPOSED] TEMPORARY RESTRAINING ORDER ASSET FREEZE, APPOINTMENT OF RECEIVER, AND OTHER EQUITABLE RELIEF, AND ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT ISSUE;
9. [PROPOSED] PRELIMINARY INJUNCTION;
10. PLAINTIFF'S RECOMMENDATION FOR TEMPORARY RECEIVER;
11. CONSENT TO RELEASE OF FINANCIAL RECORDS [BLANK];
12. FEDERAL TRADE COMMISSION FINANCIAL STATEMENT OF INDIVIDUAL DEFENDANT [BLANK];
13. FEDERAL TRADE COMMISSION FINANCIAL STATEMENT OF CORPORATE DEFENDANT [BLANK]

| Attorney or Party without Attorney: <br> Janice L. Charter, Esq. <br> FEDERAL TRADE COMMISSION <br> 901 Market Street, Suite 570 <br> San Francisco, CA 94103 <br> Attorney for: Plaintiff | Telephone <br> (415) 848-5100 | |
|---|---|---|
| Name of Court: United States District Court – Northern District of California | | |
| Short Case Title: Federal Trade Commission v. Nextclick Media, LLC., et al | | |
| PROOF OF SERVICE | | Case Number: CV 08 1718 VRW |

1. At the time of service I was at least 18 years of age and not a party to this action, and I served copies of the: ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; ORDER SETING CASE MANAGEMENT CONFERENCE [BLANK]; STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA REGARDING CONTENTS OF JOINT CASE MANAGEMENT STATEMENT; CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE [BLANK]

2. a. Party Served: Nextclick Media, LLC
   b. Person Served: Aryn Pedowitz, Corporate Counsel, Authorized to Accept Service on Behalf

3. I served the person named in item 2b
   a. by personally delivering the copies on:
   (1) DATE: April 1, 2008
   (2) TIME: 1:50pm
   (3) ADDRESS: 303 2nd Street, Suite 375 South
                San Francisco, CA 94107

4. Witness fees were not demanded or paid.

Fee for Service: $50.00

Person Serving: Damon Votour
Registered California Process Server
County: San Francisco  Registration #: 1034

SpinCycle Legal Services
760 Bryant Street, 2nd Floor
San Francisco, CA 94107
(415) 487-0400

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATE: April 1, 2008 Signature: *[signature]*