DECLARATION OF ESTHER HARKREADER REGARDING AMENDED PROOF OF SERVICE
United States District Court – Northern District of California
Federal Trade Commission v. Nextclick Media, LLC, et al, Case No.: CV 08-1718 VRW

I, Esther Harkreader, Dispatcher/Office Manager for SpinCycle Legal Services declare the following to be true and correct. I was on the dates herein mentioned over the age of eighteen years and not a party to the above entitled action. The following facts are within my personal knowledge and if sworn as a witness I can and will competently and truthfully testify thereto.

On Monday, March 31, 2008, SpinCycle Legal Services was retained by the Plaintiff to serve Defendants: NextClick Media, LLC; Next Internet, LLC, Albert Chen and Kenneth Chan, all at 303 2nd Street, Suite 375 South, San Francisco, CA 94107 with the documents listed on Attachment to Proof of Service.

Service was in actuality affected to all listed parties on Monday March 31, 2008. However, when I prepared the original Proofs of Service I mistakenly typed May 31, 2008 as the date of service as well as the date the server signed the document. This was an unfortunate oversight that was entirely the fault of me and not the fault of any party concerned.

I apologize to the court and to any and all parties that this may have caused confusion. My only excuse is that I have been busy the last week planning and booking my upcoming vacation to Hawaii, which begins May 31, 2008.

I declare under penalty of perjury under the laws of the United States of America that the forgoing is true and correct and that this Declaration is executed on April 2, 2008 at San Francisco, California.

SpinCycle Legal Services
760 Bryant Street, 2nd Floor
San Francisco, CA 94107
(415) 487-0400

DATE: April 2, 2008   SIGNATURE: _____
                                              Esther Harkreader

| Attorney or Party without Attorney:<br>Janice L. Charter, Esq.<br>FEDERAL TRADE COMMISSION<br>901 Market Street, Suite 570<br>San Francisco, CA 94103<br>Attorney for: Plaintiff | Telephone<br>(415) 848-5100 | |
|---|---|---|
| Name of Court: United States District Court – Northern District of California | | |
| Short Case Title: Federal Trade Commission v. Nextclick Media, LLC., et al | | |
| AMENDED PROOF OF SERVICE | | Case Number: CV 08 1718 VRW |

1. At the time of service I was at least 18 years of age and not a party to this action, and I served copies of the: SEE ATTACHMENT

2. a. Party Served: Nextclick Media, LLC
   b. Person Served: Aryn Pedowitz, Corporate Counsel, Authorized to Accept Service on Behalf

3. I served the person named in item 2b
   a. by personally delivering the copies on:
      (1) DATE: March 31, 2008
      (2) TIME: 4:32pm
      (3) ADDRESS: 303 2nd Street, Suite 375 South
                          San Francisco, CA 94107

4. Witness fees were not demanded or paid.

Fee for Service: $50.00

Person Serving: Sean Hanlon

SpinCycle Legal Services
760 Bryant Street, 2nd Floor
San Francisco, CA 94107
(415) 487-0400

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATE: April 2, 2008   Signature: _____

ATTACHMENT TO PROOF OF SERVICE – DOCUMENTS SERVED
United States District Court – Northern District of California
Federal Trade Commission v. Nextclick Media, LLC, et al, Case No. CV 08 1718 VRW

1. SUMMONS IN A CIVIL CASE;
2. COMPLAINT FOR INJUNCTIVE AND OTHER EQUITABLE RELIEF;
3. ECF REGISTRATION INFORMATION HANDOUT;
4. PLAINTIFF'S MOTION FOR A TEMPORARY RESTRAINING ORDER WITH ASSET FREEZE, APPOINTMENT OF RECEIVER, ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT ISSUE, AND OTHER EQUITABLE RELIEF;
5. MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFF'S APPLICATION FOR A TEMPORARY RESTRAINING ORDER, PRELIMINARY INJUNCTION, AND OTHER EQUITABLE RELIEF;
6. EVIDENCE IN SUPPORT OF PLAINTIFF'S APPLICATION FOR A TEMPORARY RESTRAINING ORDER ASSET FREEZE, APPOINTMENT OF RECEIVER, ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT ISSUE, AND OTHER EQUITABLE RELIEF – VOLUME I;
7. EVIDENCE IN SUPPORT OF PLAINTIFF'S APPLICATION FOR A TEMPORARY RESTRAINING ORDER ASSET FREEZE, APPOINTMENT OF RECEIVER, ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT ISSUE, AND OTHER EQUITABLE RELIEF – VOLUME II;
8. [PROPOSED] TEMPORARY RESTRAINING ORDER ASSET FREEZE, APPOINTMENT OF RECEIVER, AND OTHER EQUITABLE RELIEF, AND ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT ISSUE;
9. [PROPOSED] PRELIMINARY INJUNCTION;
10. PLAINTIFF'S RECOMMENDATION FOR TEMPORARY RECEIVER;
11. CONSENT TO RELEASE OF FINANCIAL RECORDS [BLANK];
12. FEDERAL TRADE COMMISSION FINANCIAL STATEMENT OF INDIVIDUAL DEFENDANT [BLANK];
13. FEDERAL TRADE COMMISSION FINANCIAL STATEMENT OF CORPORATE DEFENDANT [BLANK]

DECLARATION OF ESTHER HARKREADER REGARDING AMENDED PROOF OF SERVICE
United States District Court – Northern District of California
Federal Trade Commission v. Nextclick Media, LLC, et al, Case No.: CV 08 1718 VRW

I, Esther Harkreader, Dispatcher/Office Manager for SpinCycle Legal Services declare the following to be true and correct. I was on the dates herein mentioned over the age of eighteen years and not a party to the above entitled action. The following facts are within my personal knowledge and if sworn as a witness I can and will competently and truthfully testify thereto.

On Monday, March 31, 2008, SpinCycle Legal Services was retained by the Plaintiff to serve Defendants: NextClick Media, LLC; Next Internet, LLC, Albert Chen and Kenneth Chan, all at 303 2nd Street, Suite 375 South, San Francisco, CA 94107 with the documents listed on Attachment to Proof of Service.

Service was in actuality affected to all listed parties on Monday March 31, 2008. However, when I prepared the original Proofs of Service I mistakenly typed May 31, 2008 as the date of service as well as the date the server signed the document. This was an unfortunate oversight that was entirely the fault of me and not the fault of any party concerned.

I apologize to the court and to any and all parties that this may have caused confusion. My only excuse is that I have been busy the last week planning and booking my upcoming vacation to Hawaii, which begins May 31, 2008.

I declare under penalty of perjury under the laws of the United States of America that the forgoing is true and correct and that this Declaration is executed on April 2, 2008 at San Francisco, California.

SpinCycle Legal Services
760 Bryant Street, 2nd Floor
San Francisco, CA 94107
(415) 487-0400

DATE: April 2, 2008    SIGNATURE: _____
                                    Esther Harkreader

| Attorney or Party without Attorney: <br> Janice L. Charter, Esq. <br> FEDERAL TRADE COMMISSION <br> 901 Market Street, Suite 570 <br> San Francisco, CA 94103 <br> Attorney for: Plaintiff | Telephone <br> (415) 848-5100 | |
|---|---|---|
| Name of Court: United States District Court – Northern District of California | | |
| Short Case Title: Federal Trade Commission v. Nextclick Media, LLC., et al | | |
| AMENDED PROOF OF SERVICE | | Case Number: CV 08 1718 VRW |

1. At the time of service I was at least 18 years of age and not a party to this action, and I served copies of the: SEE ATTACHMENT

2. a. Party Served: Kenneth Chan
   b. Person Served: Kenneth Chan

3. I served the person named in item 2b
   a. by personally delivering the copies on:
   (1) DATE: March 31, 2008
   (2) TIME: 4:32pm
   (3) ADDRESS: 303 2nd Street, Suite 375 South
              San Francisco, CA 94107

4. Witness fees were not demanded or paid.

Fee for Service: $30.00

Person Serving: Sean Hanlon

SpinCycle Legal Services
760 Bryant Street, 2nd Floor
San Francisco, CA 94107
(415) 487-0400

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATE: April 2, 2008   Signature: _____

ATTACHMENT TO PROOF OF SERVICE – DOCUMENTS SERVED
United States District Court – Northern District of California
Federal Trade Commission v. Nextclick Media, LLC, et al, Case No. CV 08 1718 VRW

1. SUMMONS IN A CIVIL CASE;
2. COMPLAINT FOR INJUNCTIVE AND OTHER EQUITABLE RELIEF;
3. ECF REGISTRATION INFORMATION HANDOUT;
4. PLAINTIFF'S MOTION FOR A TEMPORARY RESTRAINING ORDER WITH ASSET FREEZE, APPOINTMENT OF RECEIVER, ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT ISSUE, AND OTHER EQUITABLE RELIEF;
5. MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFF'S APPLICATION FOR A TEMPORARY RESTRAINING ORDER, PRELIMINARY INJUNCTION, AND OTHER EQUITABLE RELIEF;
6. EVIDENCE IN SUPPORT OF PLAINTIFF'S APPLICATION FOR A TEMPORARY RESTRAINING ORDER ASSET FREEZE, APPOINTMENT OF RECEIVER, ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT ISSUE, AND OTHER EQUITABLE RELIEF – VOLUME I;
7. EVIDENCE IN SUPPORT OF PLAINTIFF'S APPLICATION FOR A TEMPORARY RESTRAINING ORDER ASSET FREEZE, APPOINTMENT OF RECEIVER, ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT ISSUE, AND OTHER EQUITABLE RELIEF – VOLUME II;
8. [PROPOSED] TEMPORARY RESTRAINING ORDER ASSET FREEZE, APPOINTMENT OF RECEIVER, AND OTHER EQUITABLE RELIEF, AND ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT ISSUE;
9. [PROPOSED] PRELIMINARY INJUNCTION;
10. PLAINTIFF'S RECOMMENDATION FOR TEMPORARY RECEIVER;
11. CONSENT TO RELEASE OF FINANCIAL RECORDS [BLANK];
12. FEDERAL TRADE COMMISSION FINANCIAL STATEMENT OF INDIVIDUAL DEFENDANT [BLANK];
13. FEDERAL TRADE COMMISSION FINANCIAL STATEMENT OF CORPORATE DEFENDANT [BLANK]

DECLARATION OF ESTHER HARKREADER REGARDING AMENDED PROOF OF SERVICE
United States District Court – Northern District of California
Federal Trade Commission v. Nextclick Media, LLC, et al, Case No.: CV 08 1718 VRW

I, Esther Harkreader, Dispatcher/Office Manager for SpinCycle Legal Services declare the following to be true and correct. I was on the dates herein mentioned over the age of eighteen years and not a party to the above entitled action. The following facts are within my personal knowledge and if sworn as a witness I can and will competently and truthfully testify thereto.

On Monday, March 31, 2008, SpinCycle Legal Services was retained by the Plaintiff to serve Defendants: NextClick Media, LLC; Next Internet, LLC, Albert Chen and Kenneth Chan, all at 303 2nd Street, Suite 375 South, San Francisco, CA 94107 with the documents listed on Attachment to Proof of Service.

Service was in actuality affected to all listed parties on Monday March 31, 2008. However, when I prepared the original Proofs of Service I mistakenly typed May 31, 2008 as the date of service as well as the date the server signed the document. This was an unfortunate oversight that was entirely the fault of me and not the fault of any party concerned.

I apologize to the court and to any and all parties that this may have caused confusion. My only excuse is that I have been busy the last week planning and booking my upcoming vacation to Hawaii, which begins May 31, 2008.

I declare under penalty of perjury under the laws of the United States of America that the forgoing is true and correct and that this Declaration is executed on April 2, 2008 at San Francisco, California.

SpinCycle Legal Services
760 Bryant Street, 2nd Floor
San Francisco, CA 94107
(415) 487-0400

DATE: April 2, 2008   SIGNATURE: _____
                                  Esther Harkreader

| Attorney or Party without Attorney:<br>Janice L. Charter, Esq.<br>FEDERAL TRADE COMMISSION<br>901 Market Street, Suite 570<br>San Francisco, CA 94103<br>Attorney for: Plaintiff | Telephone<br>(415) 848-5100 | |
|---|---|---|
| Name of Court: United States District Court – Northern District of California | | |
| Short Case Title: Federal Trade Commission v. Nextclick Media, LLC., et al | | |
| AMENDED PROOF OF SERVICE | | Case Number: CV 08 1718 VRW |

1. At the time of service I was at least 18 years of age and not a party to this action, and I served copies of the: SEE ATTACHMENT

2. a. Party Served: Albert Chen
   b. Person Served: Albert Chen

3. I served the person named in item 2b
   a. by personally delivering the copies on:
   (1) DATE: March 31, 2008
   (2) TIME: 4:32pm
   (3) ADDRESS: 303 2nd Street, Suite 375 South
       San Francisco, CA 94107

4. Witness fees were not demanded or paid.

   Fee for Service: $30.00

Person Serving: Sean Hanlon

SpinCycle Legal Services
760 Bryant Street, 2nd Floor
San Francisco, CA 94107
(415) 487-0400

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATE: April 2, 2008  Signature: [signature]

ATTACHMENT TO PROOF OF SERVICE – DOCUMENTS SERVED
United States District Court – Northern District of California
Federal Trade Commission v. Nextclick Media, LLC, et al, Case No. CV 08 1718 VRW

1. SUMMONS IN A CIVIL CASE;
2. COMPLAINT FOR INJUNCTIVE AND OTHER EQUITABLE RELIEF;
3. ECF REGISTRATION INFORMATION HANDOUT;
4. PLAINTIFF'S MOTION FOR A TEMPORARY RESTRAINING ORDER WITH ASSET FREEZE, APPOINTMENT OF RECEIVER, ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT ISSUE, AND OTHER EQUITABLE RELIEF;
5. MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFF'S APPLICATION FOR A TEMPORARY RESTRAINING ORDER, PRELIMINARY INJUNCTION, AND OTHER EQUITABLE RELIEF;
6. EVIDENCE IN SUPPORT OF PLAINTIFF'S APPLICATION FOR A TEMPORARY RESTRAINING ORDER ASSET FREEZE, APPOINTMENT OF RECEIVER, ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT ISSUE, AND OTHER EQUITABLE RELIEF – VOLUME I;
7. EVIDENCE IN SUPPORT OF PLAINTIFF'S APPLICATION FOR A TEMPORARY RESTRAINING ORDER ASSET FREEZE, APPOINTMENT OF RECEIVER, ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT ISSUE, AND OTHER EQUITABLE RELIEF – VOLUME II;
8. [PROPOSED] TEMPORARY RESTRAINING ORDER ASSET FREEZE, APPOINTMENT OF RECEIVER, AND OTHER EQUITABLE RELIEF, AND ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT ISSUE;
9. [PROPOSED] PRELIMINARY INJUNCTION;
10. PLAINTIFF'S RECOMMENDATION FOR TEMPORARY RECEIVER;
11. CONSENT TO RELEASE OF FINANCIAL RECORDS [BLANK];
12. FEDERAL TRADE COMMISSION FINANCIAL STATEMENT OF INDIVIDUAL DEFENDANT [BLANK];
13. FEDERAL TRADE COMMISSION FINANCIAL STATEMENT OF CORPORATE DEFENDANT [BLANK]

DECLARATION OF ESTHER HARKREADER REGARDING AMENDED PROOF OF SERVICE
United States District Court – Northern District of California
Federal Trade Commission v. Nextclick Media, LLC, et al, Case No.: CV 08 1718 VRW

I, Esther Harkreader, Dispatcher/Office Manager for SpinCycle Legal Services declare the following to be true and correct. I was on the dates herein mentioned over the age of eighteen years and not a party to the above entitled action. The following facts are within my personal knowledge and if sworn as a witness I can and will competently and truthfully testify thereto.

On Monday, March 31, 2008, SpinCycle Legal Services was retained by the Plaintiff to serve Defendants: NextClick Media, LLC; Next Internet, LLC, Albert Chen and Kenneth Chan, all at 303 2nd Street, Suite 375 South, San Francisco, CA 94107 with the documents listed on Attachment to Proof of Service.

Service was in actuality affected to all listed parties on Monday March 31, 2008. However, when I prepared the original Proofs of Service I mistakenly typed May 31, 2008 as the date of service as well as the date the server signed the document. This was an unfortunate oversight that was entirely the fault of me and not the fault of any party concerned.

I apologize to the court and to any and all parties that this may have caused confusion. My only excuse is that I have been busy the last week planning and booking my upcoming vacation to Hawaii, which begins May 31, 2008.

I declare under penalty of perjury under the laws of the United States of America that the forgoing is true and correct and that this Declaration is executed on April 2, 2008 at San Francisco, California.

SpinCycle Legal Services
760 Bryant Street, 2nd Floor
San Francisco, CA 94107
(415) 487-0400

DATE: April 2, 2008   SIGNATURE: _____
                                        Esther Harkreader

| Attorney or Party without Attorney:<br>Janice L. Charter, Esq.<br>FEDERAL TRADE COMMISSION<br>901 Market Street, Suite 570<br>San Francisco, CA 94103<br>Attorney for: Plaintiff | Telephone<br>(415) 848-5100 | |
|---|---|---|
| Name of Court: United States District Court – Northern District of California | | |
| Short Case Title: Federal Trade Commission v. Nextclick Media, LLC., et al | | |
| AMENDED PROOF OF SERVICE | | Case Number: CV 08 1718 VRW |

1. At the time of service I was at least 18 years of age and not a party to this action, and I served copies of the: SEE ATTACHMENT

2. a. Party Served: Next Internet, LLC
   b. Person Served: Aryn Pedowitz, Corporate Counsel, Authorized to Accept Service on Behalf

3. I served the person named in item 2b
   a. by personally delivering the copies on:
   (1) DATE: March 31, 2008
   (2) TIME: 4:32pm
   (3) ADDRESS: 303 2nd Street, Suite 375 South
              San Francisco, CA 94107

4. Witness fees were not demanded or paid.

Fee for Service: $30.00

Person Serving: Sean Hanlon

SpinCycle Legal Services
760 Bryant Street, 2nd Floor
San Francisco, CA 94107
(415) 487-0400

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATE: April 2, 2008   Signature: [signature]

ATTACHMENT TO PROOF OF SERVICE – DOCUMENTS SERVED
United States District Court – Northern District of California
Federal Trade Commission v. Nextclick Media, LLC, et al, Case No. CV 08 1718 VRW

1. SUMMONS IN A CIVIL CASE;
2. COMPLAINT FOR INJUNCTIVE AND OTHER EQUITABLE RELIEF;
3. ECF REGISTRATION INFORMATION HANDOUT;
4. PLAINTIFF'S MOTION FOR A TEMPORARY RESTRAINING ORDER WITH ASSET FREEZE, APPOINTMENT OF RECEIVER, ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT ISSUE, AND OTHER EQUITABLE RELIEF;
5. MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFF'S APPLICATION FOR A TEMPORARY RESTRAINING ORDER, PRELIMINARY INJUNCTION, AND OTHER EQUITABLE RELIEF;
6. EVIDENCE IN SUPPORT OF PLAINTIFF'S APPLICATION FOR A TEMPORARY RESTRAINING ORDER ASSET FREEZE, APPOINTMENT OF RECEIVER, ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT ISSUE, AND OTHER EQUITABLE RELIEF – VOLUME I;
7. EVIDENCE IN SUPPORT OF PLAINTIFF'S APPLICATION FOR A TEMPORARY RESTRAINING ORDER ASSET FREEZE, APPOINTMENT OF RECEIVER, ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT ISSUE, AND OTHER EQUITABLE RELIEF – VOLUME II;
8. [PROPOSED] TEMPORARY RESTRAINING ORDER ASSET FREEZE, APPOINTMENT OF RECEIVER, AND OTHER EQUITABLE RELIEF, AND ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT ISSUE;
9. [PROPOSED] PRELIMINARY INJUNCTION;
10. PLAINTIFF'S RECOMMENDATION FOR TEMPORARY RECEIVER;
11. CONSENT TO RELEASE OF FINANCIAL RECORDS [BLANK];
12. FEDERAL TRADE COMMISSION FINANCIAL STATEMENT OF INDIVIDUAL DEFENDANT [BLANK];
13. FEDERAL TRADE COMMISSION FINANCIAL STATEMENT OF CORPORATE DEFENDANT [BLANK]