IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | No  C 08-1718 VRW |
|     Plaintiff, | |
|        v | ORDER |
| NEXTCLICK MEDIA, LLC, NEXT INTERNET, LLC KENNETH CHAN, and ALBERT CHEN, | |
|     Defendants. / | |

       Plaintiff filed a complaint under sections 5(a) and 12 of the Federal Trade Commission Act, 15 USC §§ 45(a), 52, section 907(a) of the Electronic Fund Transfer Act, 15 USC § 1693e(a), and section 205.10(b) of Regulation E, 12 CFR § 205.10(b) alleging that defendants operate websites selling stop-smoking products and skin care products under false pretenses.  Plaintiff also filed an ex parte motion for a temporary restraining order (TRO) pursuant to FRCP 65(b) and Civ LR 65-1, as well as a preliminary injunction. Plaintiff filed its complaint on March 31, 2008, and served the summons and complaint on defendants that same day.  Doc #11.

Plaintiff alleges that defendants' websites make numerous misrepresentations and employ numerous unfair or deceptive business practices. First, plaintiff alleges that defendants make unsubstantiated claims about their products' medical benefits. Second, plaintiff alleges that once a consumer signs up for a free trial of defendants' products, the consumer is locked into a monthly contract which is virtually impossible to cancel. Third, plaintiff alleges that defendants disclose inadequately other aspects of the "free trial" that end up costing consumers money without their knowledge or consent. Plaintiff seeks injunctive relief and statutory damages.

Good cause thus appearing, defendants are ORDERED to show cause why the court should not grant the preliminary injunction prayed for by plaintiff. Defendants shall file a written response, if any, to this Order to Show Cause on or before April 18, 2008. The hearing on plaintiff's application for a preliminary injunction is hereby set for April 22, 2008, at 3:00 pm.

IT IS SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge