

333 MARKET STREET, 25TH FLOOR, SAN FRANCISCO, CALIFORNIA 94105-2126
TELEPHONE (415) 227-0900 / FAX (415) 227-0770

File Number: 77700-0999
Direct Dial Number: (415) 227-3543
Direct Facsimile Number: (415) 227-3541
E-Mail Address: *mblackler@buchalter.com*

April 18, 2008

The Honorable Vaughn R. Walker
Chief Judge of the United States District Court
for the Northern District of California
Courtroom 6, 17th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

Re: *Federal Trade Commission v. Next Click Media, LLC, et al.*
United States District Court for the Northern District of California civil action no. 3:08-cv-1718 VRW

Dear Judge Walker:

This office has been retained to represent Defendants Next Click Media, LLC, Next Internet, LLC, Kenneth Chan and Albert Chen, in the above-referenced action. The law firm of Kelley Drye & Warren LLP has also been retained to represent Defendants, and earlier today we submitted *pro hac vice* applications and proposed orders in connection with its intended representation of Defendants.

Further to my discussions this afternoon with the Court's clerk, Cora, we write to advise the Court that the parties have tentatively agreed on a stipulated preliminary injunction, and they are currently documenting the proposed terms of the injunction for the Court's review. The parties anticipate submitting the proposed stipulation by no later than April 21, 2008.

Very truly yours,

BUCHALTER NEMER
A Professional Corporation

By  *Mia S. Blackler*
    Mia S. Blackler

cc: All Counsel