1  BUCHALTER NEMER
   A Professional Corporation
2         MIA S. BLACKLER (SBN: 188112)
   333 Market Street, 25th Floor
3  San Francisco, CA 94105-2126
   Telephone: (415) 227-0900
4  Facsimile: (415) 227-0770
   Email: mblackler@buchalter.com
5
   Attorneys for Defendants
6  NEXT CLICK MEDIA, LLC, NEXT INTERNET, LLC,
   KENNETH CHAN and ALBERT CHEN
7

8                   UNITED STATES DISTRICT COURT

9         NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

10

11 | FEDERAL TRADE COMMISSION,        | CASE NO. 3:08-cv-1718 VRW

12 |         Plaintiff,               |
                                      | **STIPULATION FOR ORDER
13 |    vs.                           | EXTENDING DEADLINE; AND
                                      | [PROPOSED] ORDER**
14 | NEXTCLICKMEDIA, LLC, et al.,     |

15 |         Defendants.              |
                                      | Assigned to Honorable Judge Vaughn R.
16                                    | Walker
                                      | Courtroom 6, 17th Floor
17

18

19

20     WHEREAS, Defendants Next Click Media, LLC's, Next Internet, LLC's, Kenneth Chan's

21 and Albert Chen's (collectively, "Defendants") response to Plaintiff Federal Trade Commission's

22 (the "FTC") Complaint is currently due on Monday, April 21, 2008;

23     WHEREAS, Defendants have requested of the FTC that they may file and serve their

24 responses to the Complaint on Monday, April 28, 2008, provided the Court agrees with the

25 requested extension;

26     WHEREAS, the FTC is willing to extend the time pursuant to Defendants' request;

27

28

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the FTC and Defendants, through their respective counsel, that Defendants may have until April 28, 2008, to file and serve responsive pleadings to the Complaint.

Facsimile signatures on this stipulation may be considered as originals, and this stipulation may be signed in counterpart.

DATED: April 18, 2008

By: _/s/ Mia S. Blackler_
MIA S. BLACKLER
BUCHALTER NEMER PC
Attorneys for Defendants
NEXT CLICK MEDIA, LLC, NEXT INTERNET, LLC, KENNETH CHAN and ALBERT CHEN

DATED: April 18, 2008

By: _/s/ David M. Newman_
DAVID M. NEWMAN
Attorneys for Plaintiff
FEDERAL TRADE COMMISSION

**ORDER**

PURSUANT TO STIPULATION,

IT IS SO ORDERED.

Dated: April 22, 2008

IT IS SO ORDERED
Judge Vaughn R Walker
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA