| Clerk's Use Only | |
|---|---|
| Initial for fee pd.: | |

Damon W. Suden, Esq.
KELLEY, DRYE & WARREN, LLP
101 Park Avenue
New York, NY 10178
Tel: (212) 808-7800 / Fax: (212) 808-7897


FILED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FEDERAL TRADE COMMISSION,

           Plaintiff(s),

    v.

NEXTCLICKMEDIA, LLC, et al.

           Defendant(s).

CASE NO. 3:08-cv-01718-VRW

**APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

    Pursuant to Civil L.R. 11-3, Damon W. Suden, an active member in good standing of the bar of the United States Court of Appeals for the Second Circuit, the United States District Courts for the Southern and Eastern Districts of New York, and the Court of Appeals for the State of New York, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Defendants NextClick Media, LLC, Next Internet, LLC, Kenneth Chan and Albert Chen in the above-entitled action.

    In support of this application, I certify on oath that:

1.     I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2.     I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3.     An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

Clerk's Use Only

Initial for fee pd.:

1  Denise H. Field (SBN: 111532) / Mia S. Blackler (SBN: 188112)
   Buchalter Nemer PC
2  333 Market Street, 25th Floor
   San Francisco, CA 94105
3  Telephone: (415) 227-0900

4  I declare under penalty of perjury that the foregoing is true and correct.

5  Dated: April 18, 2008

   Damon W. Suden

6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28