UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FEDERAL TRADE COMMISSION,

    Plaintiff(s),

    v.

NEXTCLICKMEDIA, LLC, et al.

    Defendant(s).

**CASE NO**. 3:08-cv-01718-VRW

**(Proposed)**
**ORDER GRANTING APPLICATION**
**FOR ADMISSION OF ATTORNEY**
*PRO HAC VICE*

    Damon W. Suden, an active member in good standing of the bar of the United States Court of Appeals for the Second Circuit, the United States District Courts for the Southern and Eastern Districts of New York, and the Court of Appeals for the State of New York, whose business address and telephone number (particular court to which applicant is admitted) is, KELLEY DRYE & WARREN, LLP, 101 Park Avenue, New York, NY 10178, Telephone: (212) 808-7800, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Defendants NextClick Media, LLC, Next Internet, LLC, Kenneth Chan and Albert Chen.

    IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated:_____

_____
Vaughn R. Walker
United States District Chief Judge

United States District Court
For the Northern District of California