Clerk's Use Only
Initial for fee pd.:

Michael C. Lynch, Esq.
KELLEY, DRYE & WARREN, LLP
101 Park Avenue
New York, NY 10178
Tel: (212) 808-7800 / Fax: (212) 808-7897

FILED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FEDERAL TRADE COMMISSION,

           Plaintiff(s),

v.

NEXTCLICKMEDIA, LLC, et al.

           Defendant(s).

CASE NO. 3:08-cv-01718-VRW

**APPLICATION FOR ADMISSION OF ATTORNEY**
*PRO HAC VICE*

Pursuant to Civil L.R. 11-3, Michael C. Lynch, an active member in good standing of the bar of the United States District Court for the District of Colorado, the United States District Courts for the Southern and Eastern Districts of New York, the United States Court of Appeals for the First Circuit, and the Court of Appeals for the State of New York, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Defendants NextClick Media, LLC, Next Internet, LLC, Kenneth Chan and Albert Chen in the above-entitled action.

In support of this application, I certify on oath that:

1.     I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2.     I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3.     An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

Clerk's Use Only
Initial for fee pd.:

1  Denise H. Field (SBN: 111532) / Mia S. Blackler (SBN: 188112)
   Buchalter Nemer PC
2  333 Market Street, 25th Floor
   San Francisco, CA 94105
3  Telephone: (415) 227-0900
4  I declare under penalty of perjury that the foregoing is true and correct.

5  Dated: April 16, 2008                          Michael C. Lynch

6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FEDERAL TRADE COMMISSION,

        CASE NO. 3:08-cv-01718-VRW

Plaintiff(s),

v.

NEXTCLICKMEDIA, LLC, et al.

Defendant(s).

(Proposed)
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

Michael C. Lynch, an active member in good standing of the bar of the United States District Court for the District of Colorado, the United States Court of Appeals for the United States District Court for the District of Colorado, the United States District Courts for the Southern and Eastern Districts of New York, the United States Court of Appeals for the First Circuit, and the Court of Appeals for the State of New York, whose business address and telephone number (particular court to which applicant is admitted) is, KELLEY DRYE & WARREN, LLP, 101 Park Avenue, New York, NY 10178, Telephone: (212) 808-7800, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Defendants NextClick Media, LLC, Next Internet, LLC, Kenneth Chan and Albert Chen.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated:_____

                                                      _____
                                                      Vaughn R. Walker
                                                      United States District Chief Judge

BN 1891198v1

United States District Court
For the Northern District of California