UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FEDERAL TRADE COMMISSION,

                                                                           CASE NO. 3:08-cv-01718-VRW

        Plaintiff(s),

    v.                                                      (Proposed)
                                                    ORDER GRANTING APPLICATION
                                                    FOR ADMISSION OF ATTORNEY
NEXTCLICKMEDIA, LLC, et al.            *PRO HAC VICE*

        Defendant(s).

---

       Michael C. Lynch, an active member in good standing of the bar of the United States District Court for the District of Colorado, the United States Court of Appeals for the United States District Court for the District of Colorado, the United States District Courts for the Southern and Eastern Districts of New York, the United States Court of Appeals for the First Circuit, and the Court of Appeals for the State of New York, whose business address and telephone number (particular court to which applicant is admitted) is, KELLEY DRYE & WARREN, LLP, 101 Park Avenue, New York, NY 10178, Telephone: (212) 808-7800, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Defendants NextClick Media, LLC, Next Internet, LLC, Kenneth Chan and Albert Chen.

       IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated:_____

                                                                    _____
                                                                    Vaughn R. Walker
                                                                    United States District Chief Judge

BN 1891198v1