1  WILLIAM BLUMENTHAL
   General Counsel
2
   JANICE L. CHARTER Colo. Bar No. 12750
3  DAVID M. NEWMAN Cal. Bar No. 54218
   THOMAS DAHDOUH N.Y. Bar No. 2222370
4  Federal Trade Commission
   901 Market Street, Suite 570
5  San Francisco, CA 94103
   Phone (415) 848-5100/ Fax (415) 848-5184
6  jcharter@ftc.gov; dnewman@ftc.gov; tdahdouh@ftc.gov

7  ATTORNEYS FOR PLAINTIFF
   FEDERAL TRADE COMMISSION
8

9                **UNITED STATES DISTRICT COURT**
                 **NORTHERN DISTRICT OF CALIFORNIA**
10                     **SAN FRANCISCO DIVISION**

11

12  FEDERAL TRADE COMMISSION,

13       Plaintiff,
                                          Case No. C08-1718-VRW
14       v.
                                          STIPULATION FOR ORDER
15  NEXTCLICK MEDIA, LLC, *et al.*,       EXTENDING DEADLINE FOR FILING
                                          RESPONSIVE PLEADINGS AND
16       Defendants.                      PROPOSED ORDER

17

18

19

20       WHEREAS, Defendants Next Click Media, LLC's, Next Internet, LLC's, Kenneth

21  Chan's and Albert Chen's (collectively, "Defendants") response to Plaintiff Federal Trade

22  Commission's (the "FTC") Complaint is currently due on Monday, April 28, 2008;

23       WHEREAS, the parties to this action have entered into an exchange of information with

24  the intention of exploring the possibility of settlement of this matter;

25       WHEREAS, the FTC is willing to extend the time for Defendants to file their responses

26  to Plaintiff's Complaint in order to focus on settlement discussions;

27       NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the FTC and

28  Defendants, through their respective counsel, that Defendants may have until June 30, 2008, to

file and serve responsive pleadings to the Complaint.

Dated: 4/25/08                                    /s/
                                                  LEWIS ROSE
                                                  D. REED FREEMAN
                                                  MICHAEL C. LYNCH
                                                  KELLEY DRYE & WARREN
                                                  ATTORNEYS FOR DEFENDANTS

Dated: 4/25/08                                    /s/
                                                  JANICE L. CHARTER
                                                  DAVID M. NEWMAN
                                                  THOMAS N. DAHDOUH
                                                  ATTORNEYS FOR PLAINTIFF

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____    _____
                                 VAUGHN R. WALKER
                                 UNITED STATES DISTRICT COURT JUDGE