WILLIAM BLUMENTHAL
General Counsel

JANICE L. CHARTER Colo. Bar No. 12750
DAVID M. NEWMAN Cal. Bar No. 54218
THOMAS DAHDOUH N.Y. Bar No. 2222370
Federal Trade Commission
901 Market Street, Suite 570
San Francisco, CA 94103
Phone (415) 848-5100/ Fax (415) 848-5184
jcharter@ftc.gov; dnewman@ftc.gov; tdahdouh@ftc.gov

ATTORNEYS FOR PLAINTIFF
FEDERAL TRADE COMMISSION

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>　　Plaintiff,<br><br>　　v.<br><br>NEXTCLICK MEDIA, LLC, *et al.*,<br><br>　　Defendants. | Case No. C08-1718-VRW<br><br>STIPULATION FOR ORDER EXTENDING DEADLINE FOR FILING RESPONSIVE PLEADINGS AND ~~PROPOSED~~ ORDER |

　　WHEREAS, Defendants Next Click Media, LLC's, Next Internet, LLC's, Kenneth Chan's and Albert Chen's (collectively, "Defendants") response to Plaintiff Federal Trade Commission's (the "FTC") Complaint is currently due on Monday, April 28, 2008;

　　WHEREAS, the parties to this action have entered into an exchange of information with the intention of exploring the possibility of settlement of this matter;

　　WHEREAS, the FTC is willing to extend the time for Defendants to file their responses to Plaintiff's Complaint in order to focus on settlement discussions;

　　NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the FTC and Defendants, through their respective counsel, that Defendants may have until June 30, 2008, to

file and serve responsive pleadings to the Complaint.

Dated: 4/25/08

/s/
LEWIS ROSE
D. REED FREEMAN
MICHAEL C. LYNCH
KELLEY DRYE & WARREN
ATTORNEYS FOR DEFENDANTS

Dated: 4/25/08

/s/
JANICE L. CHARTER
DAVID M. NEWMAN
THOMAS N. DAHDOUH
ATTORNEYS FOR PLAINTIFF

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 4/29/08

VAUGHN R. WALKER
UNITED STATES DISTRICT COURT JUDGE

GRANTED
Judge Vaughn R Walker