UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| FEDERAL TRADE COMMISSION, | CASE NO. C08-1718-VRW |
|---|---|
| Plaintiff, | |
| v. | AFFIDAVIT OF ALBERT CHEN PURSUANT TO SECTION XII OF THE STIPULATED PRELIMINARY INJUNCTION |
| NEXTCLICK MEDIA, LLC, ET AL., | |
| Defendant. | |

Albert Chen hereby states and affirms:

1. My name is Albert Chen. I am a citizen of the United States and am over the age of eighteen. I have personal knowledge of the matters discussed in this declaration, and if called as a witness, I could and would competently testify as to the matters stated herein. I am President of NextClick Media, LLC., a defendant in the above-captioned action.

2. My current business address is 303 2nd Street, Suite 375 South, San Francisco, CA 94107.

3. Pursuant to Section XII of the Stipulated Preliminary Injunction in the above-referenced matter, a copy of the Stipulated Preliminary injunction has been provided to the following:

| Company | Name | Title | Address | Telephone |
|---|---|---|---|---|
| Sunset Blvd | Greg Berard | President | 9909 Topanga Canyon Blvd #304 Chatsworth, CA 91311 | 818-347-7800 |
| UltraHerbal | Donna Fisher | Vice Pres./ Wholesale/ Mass Mrkts | 350 N. Glenoaks Blvd 305 Burbank, CA 91502 | 800-756-3499 x302 |
| Eye5 | Tony Grebmeir | Founder | 16742 Stagg St. #101 Van Nuys, CA 91406 | 818-756-6800 |
| Upsellit | Rusty Jenkins | Director of Business Development | 811B Camarillo Springs Rd Camarillo, CA 93012 | 805-384-6974 |
| TeleCPA | Andy Collins | Director of TeleCPA | 437 East 1000 South Pleasant Grove, UT | 801-785-7008 |

KELLEY DRYE & WARREN LLP
WASHINGTON HARBOUR,
SUITE 400
3050 K STREET, NW
WASHINGTON, DC 20007-5108

| | | | 84062 | |
|---|---|---|---|---|
| 6 Star Ads | Jessica Mitchell | Affiliate Manager | 8737 Great Hills Trail, Suite 350 Austin, TX 78759 | 512-287-2167 |
| AAMarketing | Nina Narang | Business Development Manager | 1360 Louise Court Lake Zurich, IL 60047 | 847-221-5200 |
| AdFish | Leah Crain | Network Developer | 1450 Veterans Blvd. Ste 100 Redwood City, CA 94063 | 650-364-3110 x118 |
| Adknowledge | Heather Overley | Senior Account Manager | 4600 Madison, 10th Floor Kansas City, MO 64112 | 816-777-1024 |
| Adteractive | Edwin Gackstetter | Business Development | 303 Second Street, Suite 375 South San Francisco, CA 94107 | 415-762-2266 |
| Advaliant | Justin Tsang | Business Development | 579 Richmond St. W Suite 100 Toronto, Ontario M5V 1Y6 Canada | 647-288-1347 |
| Advent Online | BJ Shannon | Vice President | 3131 Western Ave., Ste 401 Seattle, WA 98121 | 888-588-0645 x85 |
| AzoogleAds | Chris Mentzer | Director of Sales, Mid Atlantic | 140 Allstate Parkway, Suite #505 Markham, Ontario L3R 5Y8 Canada | 905-946-0300 |
| Big Top | Mark Marrocco | Co-Founder | PO Box 1923 El Granada, CA 94018 | 650-520-6638 |
| BlinkAds | Tanya Alvarez | | 36 E. 23rd Street, 5FL R New York, NY 10010 | 646-602-9682 |
| Bloosky | Rob Nicolosi | Distribution Manager | PO Box 75466 San Clemente, CA 92673 | 888-529-3615 |
| Blue Phoenix | Mythina Brockington | Accounting | 265 Canal St., Ste 509 New York, NY 10013 | 877-264-8387 x84 |
| Cactus Media | David Weinberg | President | 3250 W. Big Beaver Road, Suite 144 Troy, MI 48084 | 213-365-9880 |
| ClickBooth | Ziare Brown | Director of Media | 301 N Cattlemen Road, Suite 3 Sarasota, Florida 34232 | 941-483-4188 |
| Commission Wizard | Unknown | | 840 S. Rancho Drive #4-705 Las Vegas, NV 89106 | 866-723-6386 |

KELLEY DRYE & WARREN LLP
WASHINGTON HARBOUR, SUITE 400
3050 K STREET, NW
WASHINGTON, DC 20007-5108

| | | | | |
|---|---|---|---|---|
| Consumer Track | Jeff Bartlett | Affiliate Manager | 2381 Rosecrans Ave., Ste 336 El Segundo, CA 90245 | 310-297-9233 x227 |
| Contact Fly | Allison Marotta | Affiliate Manager | 101 Convention Center Dr, Ste 700 Las Vegas, NV 89109 | 858-638-1515 x14 |
| Cover Click | Steven Haim | Affiliate Manager | 112 West 34th Street, Ste 1712 New York, NY 10120 | 646-652-3154 x31 |
| CpaEmpire | Lou Difulvio | | 1490 W 121st Ave. Suite 201 Westminster, CO 80234 | 720-929-1978 |
| CPAStorm | Nancy Colebank | Sales | 2000 S Colorado Blvd. Tower 1 Suite 7000 Denver, CO 80222 | 303-327-2104 |
| Cypra Media | Michael Quigley | VP, CES | 4200 Saint Laurent, Suite 1010 Montreal, Quebec, Canada H2W 2R2 | 514 287 0458 |
| DiabloMedia | Chris Clark | Affiliate Manager | 1550 Larimer St. Suite 606 Denver, CO 80202 | 303.552.7241 |
| eAdvertising | Jamie Olson | Business Development | 201 Spear Street Suite 400 San Francisco, CA 94105 | 415-365-2856 |
| EDebitPay | Roland Navarro | Affiliate Manager | 15165 Ventura Blvd, Suite #200 Sherman Oaks, CA 91403 | 818-487-0672 |
| Ethos Interactive | Leah Bradbury | President | 21250 Hawthorne Blvd. Suite 500 Torrance, CA 90503 | 213-741-0617 |
| Frontline | Allison Marotta | Affiliate Manager | 101 Convention Center Drive, Suite 700 Las Vegas, NV 89109 | 858-638-1515 x14 |
| FYC Direct | Jessica Mitchell | Affiliate Manager | 8737 Great Hills Trail Suite 350 Austin, TX 78759 | 512-287-2167 |
| GlobalWide Media | Mahmoud Halime | Bus Dev Assistant | 31355 Oak Crest Dr. Ste 220 Westlake Village, CA 91361 | 514-287-0458 x 126 |
| GRS | Danielle Hickey | Campaign Manager | 150 S. Pine Islane Road, #52 Plantation, FL 33324 | 954-577-3033 x122 |
| HiSpeedMedia | Phil Connelly | Affiliate Manager | 15260 Ventura Blvd. Suite 1750 Sherman Oaks, CA 91403 | 818-990-0991 |
| HydraMedia | Laurie Hansen | Account Exec | 8800 Wilshire Blvd 2nd Floor Beverly Hills, CA 90211 | 310-6590-5755 |

| | | | | |
|---|---|---|---|---|
| IncentaClick | James VanderLinden | Team Lead - Sales | 4445 Eastgate Mall, 2nd Floor San Diego, CA 92121 | 866-962-9764 x235 |
| Intela | Colleen M. Flynn | Operations Manager | 1495 Yarmouth Ave Boulder, CO 80304 | 303-473-0000 x227 |
| Intermark Media | Alex dela Teja | Affiliate Partnership Manager | 311 Crossways Park Drive Woodbury, NY 11797 | 631-719-1250 |
| IronTraffic | Christian Baer | Sr. Account Executive | 555 8th Avenue, Suite 1903 New York, NY 10018 | |
| MaxBounty | Steven Sauve | Co-Founder | P.O. Box 593, Station Orleans Ottawa, Ontario K1C 1S9 | 613-834-3955 x222 |
| MarketLeverage | Richard Phoebus | Advertising Manager | 3300 W Lake Mary Blvd Suite 300 Lake Mary, FL 32746 | 407-323-5415 |
| MediaWhiz | Julie Phok | Account Manager | 75 Broad Street 23rd Floor New York, NY 10004 | 646-442-0079 |
| MemoLink | Becky Morang | Controller | 2000 S Colorado Blvd. Tower 1 Suite 7000 Denver, CO 80222 | 303-985-2627 |
| Modern Consumer | Tyler Yocum | Affiliate Manager | 270 Lafayette St. #201 New York, NY 10012 | 646-442-0661 |
| Motive Interactive | Sarah Fuller | Account Manager | 6020 Cornerstone Court West Ste. 280 San Diego, CA 92121 | 858-677-0792 x151 |
| Netblue/Connexus | Judy Mormimoto | Account Manager | 303 Bryant Street 3rd Floor Mountain View, CA 94041 | 650-810-1243 |
| Neverblue | Steven Easton | Account Exec | Suite 302 852 Fort St. Victoria, B.C. V8W 1H8 Canada | 250-386-5323 x269 |
| OfferAlliance | Stephen Scanlon | Affiliate Director | 5255 N. Edgewood Dr. Suite 225 Provo, Utah 84604 | 801-623-1708 |
| OfferWeb | Brent Brague | Business Development | 5190 Neil Road, Suite 430 Reno, NV 89502 | 954-551-9222 |
| OfferFusion | George Torres | Account Exec | 2020 Maltby Rd. Suite 7, #247 Bothel, WA 98021 | 800-618-6838 |
| Panthera | Matthew Sandin | CEO | 1611-A South Melrose Drive #122 Vista, CA 92081 | 818-416-0099 |
| PMA Media Group | Stephen Scanlon | Affiliate Director | 5255 N. Edgewood Drive | 801-705-4400 |

KELLEY DRYE & WARREN LLP
WASHINGTON HARBOUR,
SUITE 400
3050 K STREET, NW
WASHINGTON, DC 20007-5108

| | | | | |
|---|---|---|---|---|
| | | | Suite 225<br>Provo, UT 84604 | |
| PrimaryAds | Tom Gianelli | Advertising Sales Manager | 28050 US 19 N., Suite 509<br>Clearwater, FL 33761 | 727-324-0046 |
| Promopath | Colin McIntyre | President | Attn: Accounting<br>6051 Wallace Rd, Suite 110<br>Wexford, PA 15090 | 408-416-0870 x0870 |
| Pulse360 | Jennifer Reppy | Account Exec | 680 Fifth Avenue<br>10th Floor<br>New York, NY 10019 | 866-947-8573 |
| Qinteractive | Greg Seyller | Sup | One North Dearborn Street, 12th Floor<br>Chicago, IL 60602 | 312-224-5000 |
| QuinStreet | Matt Kramer | Affiliate Manager | 1051 East Hillsdale Blvd<br>Foster City, CA 94404 | 650-578-7700 |
| Rapid Response | Kevin De Vincenzi | | 7500 West Lake Mead Blvd. #9-463<br>Las Vegas, NV 89128 | 702-300-3334 |
| RR Media | Eddie Flores | Email Marketing Executive | 20422 Beach Blvd., #400<br>Huntington Beach, CA 92648 | 714-960-9001 x11 |
| Search Cactus | David Weinberg | President | 3250 W. Big Beaver Road Suite 144<br>Troy, MI 48084 | 213-365-9880 |
| Silver Carrot | Daryl Caldwell | Sales | 132 West 36th Street 9th Floor<br>New York, NY 10018 | 212-630-0234 |
| SmileyMedia | Beau Gutierrez | | PO Box 2759<br>San Ramon, CA 94583 | 512-480-9990 x105 |
| SunShineMedia | Katie Crabs | Traffic Manager | 6464 Sunset Blvd. Suite 819<br>Los Angeles, CA 90028 | 323-465-6102 |
| Swish Marketing | Sarah Smith | Dir of New Business | 405 El Camino Real, Suite 628<br>Menlo Park, CA 94025 | 510-384-6351 |
| TightRope Interactive | Mark Marrocco | Co-Founder | PO Box 1923<br>El Granada, CA 94018 | 650-520-6638 |
| TrafficNeeds | Scott O'Shea | Traffic Administrator | PO Box 2435<br>Dayton, NV 89403-2435 | 320-761-3186 |
| Traffic Venue | Vivian Gastelum | Sr Campaign Mgr | 1231 E. Dyer Road, Suite 255<br>Santa Ana, CA 92705 | 310-702-9977 |
| Traffix | Jonathan Lender | Sales Rep | 1 Blue Hill Plaza, 5th Floor<br>PO Box 1665<br>Pearl River, NY 10965 | 845-620-1212 |

KELLEY DRYE & WARREN LLP<br>WASHINGTON HARBOUR, SUITE 400<br>3050 K STREET, NW<br>WASHINGTON, DC 20007-

| Tranzact Media | Paul Roberts | Acquired by RR Media | PO Box 75466 San Clemente, CA 92673 | 646-312-6012 |
|---|---|---|---|---|
| Trustsource | Vanchau Nguyen | CEO | 303 2nd St Suite 375 San Francisco, CA 94107 | 415-762-2266 |
| The Useful | Meredith Jenners | Affiliate Manager | 1613 NW 136th Ave Suite 100 Sunrise, FL 33323 | 561-674-9738 |
| ValueClick | Mary Kate Lawlor | Account Manager | 30700 Russell Ranch Road, Suite 250 Westlake Village, CA 91362 | 717-346-3622 |
| VastCast | Rick Lea | List Mgr | 8360 W. Sahara Ave. #240 Las Vegas, NV 89117 | 702-221-8261 |
| Vinyl Interactive | Elina Manevitch | Media Buyer | 1550 Bryant St Suite 738 San Francisco, CA 94107 | 415-503-2341 |
| Vayan | Brian Foster | Sales Rep | 213 W. Institute Place #610 Chicago, IL 60610 | 312-850-2793 |
| Virtumundo | Ed Larson | Account Exec | PO Box 7768 Leawood, KS 66207-7768 | 816-419-3323 |
| Webclients | Catharene Garula | Sales Rep | 30699 Russell Ranch Road Suite 250 Westlake Village, CA 91362 | 717-346-3686 |
| Webjuice | Ellis Go | Market Manager | 2525 E. Charleston Rd. Suite 101 Mountain View, CA 94040 | 408-314-1738 |
| 880 Media | Alan Ting | Director of Operations | 303 2nd St Suite 375 South San Francisco, CA 94107 | 415-762-2266 |
| Datran/Storm post | Oksana Shushunova | Sr Account Manager | PO Box 7247-9284 Philadelphia, PA 19170-9284 | 212-706-4863 |
| Lyris | Susan Barber | Account Manager | 5858 Horton Street, Suite 270 Emeryville, CA 94608 | 800-768-2929 x1532 |
| Topica | Walid Ezzeddine | VP, Customer Success | 685 Market Street, Suite 300 San Francisco, CA 94105, USA | 415-344-3897 |
| Stun | Forrest Knighton | Digital Marketing Specialist | 6565 Sunset Blvd. Ste. 200 Los Angeles, CA 90028 | 323-785-6304 |
| Griffith Park | Justin Milgrim | CEO | 4209 Santa Monica Blvd. Suite 100 | 323-660-0085 |

|  |  |  |  |  |
|---|---|---|---|---|
|  |  |  | Los Angeles, CA 90029-3027 |  |
| Savicom | Bill Schmidt |  | 44 Montgomery Street, 16th Fl. San Francisco, CA 94104 | 415-983-0990 |
| Pexicom | Cliff Seltzer | CEO, Puresend | 370 Lexington Avenue, Suite 1201 New York, NY 10017 | 646-862-5212 |
| OptionsMedia | Amy Fleming | Account Manager | 240 Old Federal Hwy, Suite #100 Hallandale, FL 33009 | 954-620-0242 x20 |
| Cypra Media | Mohamed Hage | CEO | 4200 Saint Laurent Street, Suite 1010 Montreal, Quebec, H2W 2R2 Canada | 514-287-1010 |
| YesMail | Patrick Fallarme | Account Manager | 1155 North Service Road W. Unit #13 Oakville, ON L6M 3E3 | 905-338-8355 x270 |
| NextClick Media | Albert Chen | President | 303 Second St., Suite 375 South San Francisco, CA 94107 | 510-852-2828 |
| NextClick Media | Michael C Stocker | VP, Marketing | 303 Second St., Suite 375 South San Francisco, CA 94107 | 650-380-6888 |
| NextClick Media | Jeff Hoang | VP, Technology | 303 Second St., Suite 375 South San Francisco, CA 94107 | 408-569-1770 |
| NextClick Media | Mark Kim | Software Engineer | 303 Second St., Suite 375 South San Francisco, CA 94107 | 650-996-0438 |
| NextClick Media | Wayne Chan | VP, Creatives | 303 Second St., Suite 375 South San Francisco, CA 94107 | 510-585-5930 |
| NextClick Media | Clark Siosan | Customer Service and Fulfillment | 303 Second St., Suite 375 South San Francisco, CA 94107 | 650-455-5110 |
| NextClick Media | Jack Huynh | Customer Service Specialist | 303 Second St., Suite 375 South San Francisco, CA 94107 | 408-307-7314 |
| NextClick Media | Shane Sareli | Director of Product | 303 Second St., Suite 375 South San Francisco, CA 94107 | 650-255-2692 |
| NextClick Media | Dylan Redling | Director, Ecommerce Merchandise Solutions | 303 Second St., Suite 375 South San Francisco, CA 94107 | 415-572-5389 |
| NextClick Media | Irene Lee | Senior Accountant | 303 Second St., Suite 375 South San Francisco, CA 94107 | 408-505-5208 |

KELLEY DRYE & WARREN LLP
WASHINGTON HARBOUR,
SUITE 400
3050 K STREET, NW
WASHINGTON, DC 20007-5108

- 7 -

| | | | | |
|---|---|---|---|---|
| NextClick Media | Alan Ting | Program Manager | 303 Second St., Suite 375 South San Francisco, CA 94107 | 510-332-3085 |
| NextClick Media | Benjamin Root | Software Engineer | 303 Second St., Suite 375 South San Francisco, CA 94107 | 415-641-6146 |
| NextClick Media | Eric Choi | Marketing Operations | 303 Second St., Suite 375 South San Francisco, CA 94107 | 510-507-0821 |
| NextClick Media | Benjamin Mullin | Software Engineer | 303 Second St., Suite 375 South San Francisco, CA 94107 | 415-218-2234 |
| NextClick Media | Linda Kim | Marketing Operations | 303 Second St., Suite 375 South San Francisco, CA 94107 | 510-417-0623 |
| NextClick Media | Jonathan To | Marketing Operations Specialist | 303 Second St., Suite 375 South San Francisco, CA 94107 | 510-364-8091 |
| NextClick Media | Evan Brewer | IT Manager | 303 Second St., Suite 375 South San Francisco, CA 94107 | 925-708-4075 |
| NextClick Media | Miguel Novey | Product Manager | 303 Second St., Suite 375 South San Francisco, CA 94107 | 415-305-6894 |
| NextClick Media | Brian Bejarano | Marketing Operations | 303 Second St., Suite 375 South San Francisco, CA 94107 | 214-208-0720 |
| NextClick Media | Kevin Hanson | Junior Creative Designer | 303 Second St., Suite 375 South San Francisco, CA 94107 | 650-269-2969 |
| NextClick Media | Greg Nishikawa | Software Engineer | 303 Second St., Suite 375 South San Francisco, CA 94107 | 503-442-7450 |
| NextClick Media | Debbie Wong | Sr. Account Manager | 303 Second St., Suite 375 South San Francisco, CA 94107 | 408-507-3938 |
| NextClick Media | Kai Fortney | Marketing Operations | 303 Second St., Suite 375 South San Francisco, CA 94107 | 603-867-0049 |
| NextClick Media | Stacy Tumarkin | Junior Accountant | 303 Second St., Suite 375 South San Francisco, CA 94107 | 650-804-5860 |
| NextClick Media | Brian Wang | Corporate Counsel | 303 Second St., Suite 375 South San Francisco, CA 94107 | 626-512-2249 |
| NextClick Media | Geoffrey Beasley | Jr. Systems Administrator | 303 Second St., Suite 375 South San Francisco, CA 94107 | 925-285-4078 |

KELLEY DRYE & WARREN LLP
WASHINGTON HARBOUR,
SUITE 400
3050 K STREET, NW
WASHINGTON, DC 20007-5108

1  I hereby swear that the foregoing is true and correct.
2
3
   _____[signature]_____                Date 5-7-08
4  Albert Chen
5
6  SUBSCRIBED AND SWORN TO before me this 7th day of May,
   2008 by Albert Chen, proved to me on the basis of satisfactory evidence to be the person who
7  appeared before me. Tony Klein
   _____
8  Print Name
9  _____[signature]_____
10 NOTARY PUBLIC,
   STATE OF CALIFORNIA
11
   Commission Number 1599459
12 Seal
13
14
15     TONY KLEIN
       COMM. #1599459
16     NOTARY PUBLIC • CALIFORNIA
       SAN FRANCISCO COUNTY
       Comm. Exp. AUG. 3, 2009
17
18
19
20
21
22
23
24
25
26
27
28

KELLEY DRYE &
WARREN LLP
WASHINGTON HARBOUR,
SUITE 400
3050 K STREET, NW
WASHINGTON, DC 20007-

-9-