UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>NEXTCLICK MEDIA, LLC, ET AL.,<br><br>Defendant. | CASE NO. C08-1718-VRW<br><br>AFFIDAVIT OF KENNETH CHAN PURSUANT TO SECTION XII OF THE STIPULATED PRELIMINARY INJUNCTION |

Kenneth Chan hereby states and affirms:

1. My name is Kenneth Chan. I am a permanent resident of the United States and am over the age of eighteen. I have personal knowledge of the matters discussed in this declaration, and if called as a witness, I could and would competently testify as to the matters stated herein. I am Chief Executive Officer of Next Internet, LLC., a defendant in the above-captioned action.

2. My current business address is 303 2nd Street, Suite 375 South, San Francisco, CA 94107.

3. Pursuant to Section XII of the Stipulated Preliminary Injunction in the above-referenced matter, a copy of the Stipulated Preliminary injunction has been provided to the following:

| NAME | TITLE | ADDRESS | TELEPHONE |
|---|---|---|---|
| Kenneth Chan | CEO | 303 2nd St., Suite 375 South San Francisco, CA 94107 | (650)965-1112 |
| Darren Chan | Member | 108 Bryant Street, #39 Mountain View, CA 94041 | (650)906-5009 |
| Chris Weber | VP, HR | 303 2nd St., Suite 375 South San Francisco, CA 94107 | (650)965-1112 |
| Helena Kwan | VP, Finance | 303 2nd St., Suite 375 South San Francisco, CA 94107 | (650)965-1112 |

1  I hereby swear that the foregoing is true and correct.

2

3  _[signature]_ Date 5/7/2008
4  Kenneth Chan

5

6  SUBSCRIBED AND SWORN TO before me this 7th day of May,
   2008 by Kenneth Chan, proved to me on the basis of satisfactory evidence to be the person
7  who appeared before me.

   Tony Klein
8  Print Name

9  _[signature]_

10 NOTARY PUBLIC,
   STATE OF CALIFORNIA
11
   Commission Number 1599459
12 Seal

13

14  TONY KLEIN
    COMM. #1599459
15  NOTARY PUBLIC • CALIFORNIA
    SAN FRANCISCO COUNTY
    Comm. Exp. AUG. 3, 2009

16

17

18

19

20

21

22

23

24

25

26

27

28

KELLEY DRYE &
WARREN LLP
WASHINGTON HARBOUR,
SUITE 400
3050 K STREET, NW
WASHINGTON, DC 20007-
5108

- 2 -