WILLIAM BLUMENTHAL
General Counsel

JANICE L. CHARTER Colo. Bar No. 12750
DAVID M. NEWMAN Cal. Bar No. 54218
THOMAS DAHDOUH N.Y. Bar No. 2222370
Federal Trade Commission
901 Market Street, Suite 570
San Francisco, CA 94103
Phone (415) 848-5100/ Fax (415) 848-5184
jcharter@ftc.gov; dnewman@ftc.gov; tdahdouh@ftc.gov

ATTORNEYS FOR PLAINTIFF
FEDERAL TRADE COMMISSION

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>    Plaintiff,<br><br>    v.<br><br>NEXTCLICKMEDIA, LLC, *et al.*,<br><br>    Defendants. | Case No. C08-1718-VRW<br><br>STIPULATION FOR ORDER EXTENDING DEADLINE FOR FILING RESPONSIVE PLEADINGS AND PROPOSED ORDER |

    WHEREAS, Defendants NextClickMedia, LLC's, Next Internet, LLC's, Kenneth Chan's and Albert Chen's (collectively, "Defendants") response to Plaintiff Federal Trade Commission's (the "FTC") Complaint is currently due on Monday, June 30, 2008;

    WHEREAS, the parties to this action have entered into an exchange of information with the intention of exploring the possibility of settlement of this matter;

    WHEREAS, the FTC is willing to extend the time for Defendants to file their responses to Plaintiff's Complaint in order to focus on settlement discussions; and

    WHEREAS the parties believe that additional time will increase the likelihood that they will be able to reach a settlement of this matter;

1  NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the FTC and
2  Defendants, through their respective counsel, that Defendants' time to move, answer or
3  otherwise respond to the Complaint shall be and hereby is extended to and including September
4  30, 2008; and
5  IT IS FURTHER STIPULATED that the Case Management Conference, currently
6  scheduled for July 10, 2008, at 3:30 p.m., be rescheduled to October 16, 2008, at 3:30 p.m., and
7  that the date for filing the Case Management Statement be extended to October 9, 2008.

Dated: 6/11/08                    /s/
                                  LEWIS ROSE
                                  D. REED FREEMAN
                                  MICHAEL C. LYNCH
                                  KELLEY DRYE & WARREN
                                  ATTORNEYS FOR DEFENDANTS

Dated: 6/11/08                    /s/
                                  JANICE L. CHARTER
                                  DAVID M. NEWMAN
                                  THOMAS N. DAHDOUH
                                  ATTORNEYS FOR PLAINTIFF

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____    _____
                                  VAUGHN R. WALKER
                                  UNITED STATES DISTRICT COURT JUDGE