WILLIAM BLUMENTHAL
General Counsel

JANICE L. CHARTER Colo. Bar No. 12750
DAVID M. NEWMAN Cal. Bar No. 54218
THOMAS DAHDOUH N.Y. Bar No. 2222370
Federal Trade Commission
901 Market Street, Suite 570
San Francisco, CA 94103
Phone (415) 848-5100/ Fax (415) 848-5184
jcharter@ftc.gov; dnewman@ftc.gov; tdahdouh@ftc.gov

ATTORNEYS FOR PLAINTIFF
FEDERAL TRADE COMMISSION

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>    Plaintiff,<br><br>    v.<br><br>NEXTCLICKMEDIA, LLC, *et al.*,<br><br>    Defendants. | Case No. C08-1718-VRW<br><br>STIPULATION FOR ORDER EXTENDING DEADLINE FOR FILING RESPONSIVE PLEADINGS AND PROPOSED ORDER |

WHEREAS, Defendants NextClickMedia, LLC's, Next Internet, LLC's, Kenneth Chan's and Albert Chen's (collectively, "Defendants") response to Plaintiff Federal Trade Commission's (the "FTC") Complaint is currently due on Tuesday, September 30, 2008;

WHEREAS, the parties to this action have continued to exchange information with the intention of exploring the possibility of settlement of this matter;

WHEREAS, the FTC is willing to extend the time for Defendants to file their responses to Plaintiff's Complaint in order to focus on settlement discussions; and

WHEREAS the parties believe that additional time will increase the likelihood that they will be able to reach a settlement of this matter;

1    NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the FTC and Defendants, through their respective counsel, that Defendants' time to move, answer or otherwise respond to the Complaint shall be and hereby is extended to and including December 1, 2008; and

    IT IS FURTHER STIPULATED that the Case Management Conference, currently scheduled for October 16, 2008, at 3:30 p.m., be rescheduled to January 19, 2008, at 3:30 p.m., and that the date for filing the Case Management Statement be extended to January 12, 2008.

Dated: 08/29/08                /s/
                               MICHAEL C. LYNCH
                               KELLEY DRYE & WARREN
                               ATTORNEY FOR DEFENDANTS

Dated: 08/29/08                /s/
                               JANICE L. CHARTER
                               DAVID M. NEWMAN
                               THOMAS N. DAHDOUH
                               ATTORNEYS FOR PLAINTIFF

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____          _____
                               VAUGHN R. WALKER
                               UNITED STATES DISTRICT COURT JUDGE