WILLIAM BLUMENTHAL
General Counsel

JANICE L. CHARTER Colo. Bar No. 12750
DAVID M. NEWMAN Cal. Bar No. 54218
THOMAS DAHDOUH N.Y. Bar No. 2222370
Federal Trade Commission
901 Market Street, Suite 570
San Francisco, CA 94103
Phone (415) 848-5100/ Fax (415) 848-5184
jcharter@ftc.gov; dnewman@ftc.gov; tdahdouh@ftc.gov

ATTORNEYS FOR PLAINTIFF
FEDERAL TRADE COMMISSION

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>    Plaintiff,<br><br>    v.<br><br>NEXTCLICKMEDIA, LLC, *et al.*,<br><br>    Defendants. | Case No. C08-1718-VRW<br><br>STIPULATION FOR ORDER EXTENDING DEADLINE FOR FILING RESPONSIVE PLEADINGS AND ~~PROPOSED~~ ORDER |

   WHEREAS, Defendants NextClickMedia, LLC's, Next Internet, LLC's, Kenneth Chan's and Albert Chen's (collectively, "Defendants") response to Plaintiff Federal Trade Commission's (the "FTC") Complaint is currently due on Monday, December 1, 2008;

   WHEREAS, the parties to this action have continued to exchange information and proposed settlement provisions with the intention of exploring the possibility of settlement of this matter;

   WHEREAS, the FTC is willing to extend the time for Defendants to file their responses to Plaintiff's Complaint in order to focus on settlement discussions; and

   WHEREAS the parties believe that additional time will increase the likelihood that they

Case No. C08-1718-VRW – Stip. Extending Deadline for Responsive Pleadings        Page 1

Case 3:08-cv-01718-VRW Document 35 Filed 12/01/2008 Page 2 of 2

1 will be able to reach a settlement of this matter;

2 NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the FTC and

3 Defendants, through their respective counsel, that Defendants' time to move, answer or

4 otherwise respond to the Complaint shall be and hereby is extended to and including February 2,

5 2009; and

6 IT IS FURTHER STIPULATED that the Case Management Conference, currently

7 scheduled for January 22, 2009, at 3:30 p.m., be rescheduled to March 26, 2009, at 3:30 p.m.,

8 and that the date for filing the Case Management Statement be extended to March 16, 2009.

```
Dated: 11/21/08              /s/
                             MICHAEL C. LYNCH
                             KELLEY DRYE & WARREN, LLP
                             ATTORNEY FOR DEFENDANTS

Dated: 11/21/08              /s/
                             JANICE L. CHARTER
                             DAVID M. NEWMAN
                             THOMAS N. DAHDOUH
                             ATTORNEYS FOR PLAINTIFF
```

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 12/1/2008



VAUGHN R WALKER
UNITED STATES DISTRICT COURT JUDGE

Case No. C08-1718-VRW – Stip. Extending Deadline for Responsive Pleadings   Page 2