WILLIAM BLUMENTHAL
General Counsel

JANICE L. CHARTER Colo. Bar No. 12750
DAVID M. NEWMAN Cal. Bar No. 54218
THOMAS DAHDOUH N.Y. Bar No. 2222370
Federal Trade Commission
901 Market Street, Suite 570
San Francisco, CA 94103
Phone (415) 848-5100/ Fax (415) 848-5184
jcharter@ftc.gov; dnewman@ftc.gov; tdahdouh@ftc.gov

ATTORNEYS FOR PLAINTIFF
FEDERAL TRADE COMMISSION

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>　　Plaintiff,<br><br>　　v.<br><br>NEXTCLICKMEDIA, LLC, *et al.*,<br><br>　　Defendants. | Case No. C08-1718-VRW<br><br>STIPULATION FOR ORDER EXTENDING DEADLINE FOR FILING RESPONSIVE PLEADINGS AND ~~PROPOSED~~ ORDER |

　　WHEREAS, Defendants NextClickMedia, LLC's, Next Internet, LLC's, Kenneth Chan's and Albert Chen's (collectively, "Defendants") response to Plaintiff Federal Trade Commission's (the "FTC") Complaint is currently due on Monday, February 2, 2009;

　　WHEREAS, the parties to this action have continued to exchange information and proposed settlement provisions with the intention of exploring the possibility of settlement of this matter;

　　WHEREAS, the FTC is willing to extend the time for Defendants to file their responses to Plaintiff's Complaint in order to focus on settlement discussions; and

　　WHEREAS the parties have scheduled a multi-day negotiating session for the first week

Case No. C08-1718-VRW – Stip. Extending Deadline for Responsive Pleadings　　　　Page 1

1  in February in an attempt to finalize an agreement;

2      NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the FTC and

3  Defendants, through their respective counsel, that Defendants' time to move, answer or

4  otherwise respond to the Complaint shall be and hereby is extended to and including May 4,

5  2009; and

6      IT IS FURTHER STIPULATED that the Case Management Conference, currently

7  scheduled for March 26, 2009, at 3:30 p.m., be rescheduled to June 25, 2009, at 3:30 p.m., and

8  that the date for filing the Case Management Statement be extended to June 15, 2009.

10  Dated: 1/27/09      /s/
    MICHAEL C. LYNCH
11      KELLEY DRYE & WARREN LLP
    ATTORNEY FOR DEFENDANTS

12  Dated: 1/27/09      /s/
13      JANICE L. CHARTER
    DAVID M. NEWMAN
14      THOMAS N. DAHDOUH
    ATTORNEYS FOR PLAINTIFF

17  **ORDER**

18  PURSUANT TO STIPULATION, IT IS SO ORDERED.

19  Dated: 1/30/2009

20      VAUGHN R. WALKER
    UNITED STATES DISTRICT JUDGE



Case No. C08-1718-VRW – Stip. Extending Deadline for Responsive Pleadings     Page 2