WILLIAM BLUMENTHAL
General Counsel

JANICE L. CHARTER Colo. Bar No. 12750
DAVID M. NEWMAN Cal. Bar No. 54218
THOMAS DAHDOUH N.Y. Bar No. 2222370
Federal Trade Commission
901 Market Street, Suite 570
San Francisco, CA 94103
Phone (415) 848-5100/ Fax (415) 848-5184
jcharter@ftc.gov; dnewman@ftc.gov; tdahdouh@ftc.gov

ATTORNEYS FOR PLAINTIFF
FEDERAL TRADE COMMISSION

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>    Plaintiff,<br><br>    v.<br><br>NEXTCLICKMEDIA, LLC, *et al.*,<br><br>    Defendants. | Case No. C08-1718-VRW<br><br>STIPULATION FOR ORDER EXTENDING DEADLINE FOR FILING RESPONSIVE PLEADINGS AND ~~PROPOSED~~ ORDER |

    WHEREAS, Defendants NextClickMedia, LLC's, Next Internet, LLC's, Kenneth Chan's and Albert Chen's (collectively, "Defendants") response to Plaintiff Federal Trade Commission's (the "FTC") Complaint is currently due on Monday, May 4, 2009;

    WHEREAS the parties have recently concluded several days of intensive settlement discussions and are currently negotiating the terms of a settlement agreement;

    WHEREAS, the FTC is willing to extend the time for Defendants to file their responses to Plaintiff's Complaint in order to finalize those settlement negotiations;

    NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the FTC and Defendants, through their respective counsel, that Defendants' time to move, answer or

otherwise respond to the Complaint shall be and hereby is extended to and including August 3, 2009; and

IT IS FURTHER STIPULATED that the Case Management Conference, currently scheduled for June 25, 2009, at 3:30 p.m., be rescheduled to September 24, 2009, at 3:30 p.m., and that the date for filing the Case Management Statement be extended to September 14, 2009.

Dated: 4/30/09           /s/
                         MICHAEL C. LYNCH
                         D. REED FREEMAN
                         KELLEY DRYE & WARREN LLP
                         ATTORNEY FOR DEFENDANTS

Dated: 4/30/09           /s/
                         JANICE L. CHARTER
                         DAVID M. NEWMAN
                         THOMAS N. DAHDOUH
                         ATTORNEYS FOR PLAINTIFF

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: May 5, 2009       _____
                         VAUGHN R. WALKER
                         UNITED STATES DISTRICT COURT JUDGE

GRANTED
Judge Vaughn R Walker

Case No. C08-1718-VRW – Stip. Extending Deadline for Responsive Pleadings           Page 2