WILLIAM BLUMENTHAL
General Counsel

JANICE L. CHARTER Colo. Bar No. 12750
DAVID M. NEWMAN Cal. Bar No. 54218
THOMAS DAHDOUH N.Y. Bar No. 2222370
Federal Trade Commission
901 Market Street, Suite 570
San Francisco, CA  94103
Phone (415) 848-5100/ Fax (415) 848-5184
jcharter@ftc.gov; dnewman@ftc.gov; tdahdouh@ftc.gov

ATTORNEYS FOR PLAINTIFF
FEDERAL TRADE COMMISSION

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>NEXTCLICKMEDIA, LLC, *et al.*,<br><br>Defendants. | Case No. C08-1718-VRW<br><br>STIPULATION FOR ORDER EXTENDING DEADLINE FOR FILING RESPONSIVE PLEADINGS AND ~~PROPOSED~~ ORDER |

WHEREAS, Defendants NextClickMedia, LLC's, Next Internet, LLC's, Kenneth Chan's and Albert Chen's (collectively, "Defendants") response to Plaintiff Federal Trade Commission's (the "FTC") Complaint is currently due on Monday, August 3, 2009;

WHEREAS plaintiff's counsel and defendants have reached agreement on a settlement, and Commission staff is prepared to recommend that the Commission approve that settlement;

WHEREAS, the FTC is willing to extend the time for Defendants to file their responses to Plaintiff's Complaint while the Commission considers that recommendation;

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the FTC and Defendants, through their respective counsel, that Defendants' time to move, answer or

Case No. C08-1718-VRW – Stip. Extending Deadline for Responsive Pleadings         Page 1

1 | otherwise respond to the Complaint shall be and hereby is extended to and including November
2 | 2, 2009; and
3 |     IT IS FURTHER STIPULATED that the Case Management Conference, currently
4 | scheduled for September 24, 2009, at 3:30 p.m., be rescheduled to December 17, 2009, at 3:30
5 | p.m., and that the date for filing the Case Management Statement be extended to December 11,
6 | 2009.

8 | Dated: 7/22/2009      /s/
9 |     MICHAEL C. LYNCH
    D. REED FREEMAN
    KELLEY DRYE & WARREN LLP
10 |     ATTORNEY FOR DEFENDANTS

11 | Dated: 7/22/2009      /s/
    JANICE L. CHARTER
12 |     DAVID M. NEWMAN
    THOMAS N. DAHDOUH
13 |     ATTORNEYS FOR PLAINTIFF

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: September 17, 2009

VAUGHN R. WALKER
UNITED STATES DISTRICT COURT JUDGE

*IT IS SO ORDERED*
*Judge Vaughn R Walker*

Case No. C08-1718-VRW – Stip. Extending Deadline for Responsive Pleadings      Page 2