WILLARD K. TOM
General Counsel

JANICE L. CHARTER Colo. Bar No. 12750
DAVID M. NEWMAN Cal. Bar No. 54218
THOMAS DAHDOUH N.Y. Bar No. 2222370
Federal Trade Commission
901 Market Street, Suite 570
San Francisco, CA  94103
Phone (415) 848-5100/ Fax (415) 848-5184
jcharter@ftc.gov; dnewman@ftc.gov; tdahdouh@ftc.gov

ATTORNEYS FOR PLAINTIFF
FEDERAL TRADE COMMISSION

*IT IS SO ORDERED* — Judge Vaughn R Walker (seal, United States District Court, Northern District of California)

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>NEXTCLICKMEDIA, LLC, *et al.*,<br><br>Defendants. | Case No. C08-1718-VRW<br><br>**NOTICE OF DISMISSAL OF COMPLAINT WITH PREJUDICE AGAINST DEFENDANT NEXT INTERNET, LLC** |

Pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, Plaintiff Federal Trade Commission hereby dismisses the complaint in this action with respect to Defendant Next Internet, LLC.

Dated:  10/23/2009       /s/_____
                         JANICE L. CHARTER
                         DAVID M. NEWMAN
                         THOMAS N. DAHDOUH
                         ATTORNEYS FOR PLAINTIFF